**No. 43855.**—Protest 317727–G of J. E. Bernard & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Rice* v. *United States* (T. D. 49373), and Abstract 39456 the atomizers, droppers, and boxes in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43856.**—Protests 876572–G, etc., of H. Matsuo et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of safe boxes, safes, and banks chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 43857.**—Protests 16036–K, etc., of Meisinger Sales Co. et al. (New York).

Opinion by DALLINGER, J. Following the ruling in Abstract 15400 the court dismissed the protests.

**No. 43858.**—Protest 958336–G of Carter Hardware Co. (Los Angeles).

Opinion by DALLINGER, J. On the record presented the protest was overruled.

JUNE 3, 1940

**No. 43859.**—⬛—Protest 829216–G of W. X. Huber Co. Abstract 43575. Application by plaintiff for rehearing denied.

BEFORE THE FIRST DIVISION, JUNE 5, 1940

**No. 43860.**—Protest 960800–G of Wm. Shaland (New York).

Opinion by TILSON, J. It was stipulated that the squawker balloons are similar to those involved in Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 43861.**—Protests 953424–G, etc., of American Import Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the rubber dog heads in question are similar to those the subject of Abstract 36901. The claim as manufactures of rubber at 25 percent under paragraph 1537 was therefore sustained.